UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DEAN LAWRENCE BROOKS,

Petitioner,

v.

SHERYL RAMSTAD HVASS,

Respondent.

Civil No. 01-2178 (JMR/JMM)

ORDER

On November 30, 2001, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Stillwater, Minnesota. It appears on the face of the petition, however, that this action may not have been commenced within the time limit prescribed by 28 U.S.C. § 2244(d). Therefore, the merits of the petition will not be addressed unless Petitioner is able to demonstrate that his petition is not time-barred.

Petitioner is ordered to show good cause, if any exists, why the instant petition should not be summarily dismissed pursuant to § 2244(d). Petitioner's response to this Order shall include a complete chronology of the legal proceedings that followed his conviction, so the Court can properly determine when the statute of limitations began to run and when the statute may have been tolled pursuant to 28 U.S.C. § 2244(d)(2). This shall be provided by an affidavit that identifies all of the various state post-conviction proceedings that Petitioner has commenced, and indicates the dates on which each such proceeding was commenced and completed at the trial court level and at the various appellate court levels (if applicable).

FILED DEC 1 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Petitioner must file his response to this Order by no later than December 31, 2001, failing which it will be recommended that his habeas corpus petition be dismissed with prejudice. If Petitioner does file a timely response, the parties shall thereafter await the further order of the Court.

Based upon the above, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

(1) On or before December 31, 2001, Petitioner shall submit a written memorandum and affidavit showing cause why his petition should not be summarily dismissed pursuant to 28 U.S.C. § 2244(d).

(2) If Petitioner does file a timely response to this Order, the parties shall thereafter await the further order of the Court.

Dated: December 10, 2001

JOHN M. MASON
United States Magistrate Judge