UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DEAN LAWRENCE BROOKS,

Petitioner,

v.

SHERYL RAMSTAD HVASS,

Respondent.

Civil No. 01-2178 (JMR/JMM)

ORDER

On December 27, 2001 counsel for Petitioner in the above entitled matter submitted an Affidavit requesting an extension of time in which to file a response to the Court's Order dated December 10, 2001[Docket No. 3]. The Court is treating the Affidavit of Deborah Ellis as a Motion for an Extension of Time.[1]

Based upon the above, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Petitioner's Motion for an Extension of Time be granted. In accordance with this Order, on or before January 14, 2002 Petitioner shall submit a response to the Court's Order dated December 10, 2001.

Dated: December 28, 2001

JOHN M. MASON
United States Magistrate Judge

---

1 The Court will cause the Affidavit of Deborah Ellis to be formally filed with the Clerk of Court.

FILED DEC 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK