UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DEAN LAWRENCE BROOKS,

Petitioner,

v.

SHERYL RAMSTAD HVASS,

Respondent.

Civil No. 01-2178 (JMR/JMM)

ORDER

Petitioner has filed a petition for writ of habeas corpus claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Stillwater, Minnesota.

The Respondent is directed to make a return in writing on or before February 15, 2002, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2) A reasoned memorandum of law and fact fully stating Respondent's legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of statutory requirements and other pertinent authority;

3) A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the Petitioner pleaded guilty, a transcript of the proceedings at which the guilty plea was entered.

FILED JAN 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respondent's return should specifically address the issue of whether all of Petitioner's current claims for relief have been fairly presented to, and decided on the merits by, the Minnesota Supreme Court, and if not, whether there are any state court remedies still available for any such claims that have not been so presented and decided.

The Court will entertain a motion to grant the relief requested in the Petition if a written response is not filed by February 15, 2002, as required by this Order.

Dated: January 23, 2002

JOHN M. MASON
United States Magistrate Judge