UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEAN LAWRENCE BROOKS, CIVIL NO. 01-2178 (JMR/JMM)

Petitioner,

v.

SHERYL RAMSTAD HVASS,
Commissioner of Corrections,

Respondent.

**ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS**

---

Petitioner's counsel having requested an extension of time in which to file objections to the Report and Recommendation in the above referenced case, and there appearing to be no prejudice to respondent in granting the petitioner's request,

IT IS HEREBY ORDERED that petitioner's counsel shall have until June 17th in which to file objections to the Report and Recommendation.

Dated: June 5, 2002

James M. Rosenbaum
Chief Judge of District Court

FILED JUN 6 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS