UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2178(JMR/JMM)

Dean Lawrence Brooks )
)
v. )
) ORDER
Sheryl Ramstad Hvas )

Petitioner objects to the Report and Recommendation issued May 22, 2002, by the Honorable John M. Mason, United States Magistrate Judge. Petitioner's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied with prejudice.

IT IS SO ORDERED.

Dated: December 26, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED DEC 26 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS