UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Dean Brooks,<br><br>petitioner,<br><br>v.<br><br>Sheryl Ramstad Hvass,<br>Commissioner of Corrections,<br><br>respondent. | ) | Court File No. 01-CV-2178 (JMR/JMM) |

* * * * * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF APPEALABILITY**

Petitioner, through counsel Deborah Ellis, having applied for a Certificate of Appealability, and the Court having reviewed the entire file, record and proceedings hereby **GRANTS** petitioner's request on the following issues:

1. Whether petitioner was denied his constitutional right to self-representation when the trial court chose private counsel for Petitioner after Petitioner was found competent to waive counsel and expressed a desire to proceed without counsel.

2. Whether petitioner's guilty plea was knowingly entered given that the sentencing guidelines under which he was sentenced were never explained to him by his counsel.

3. Whether Petitioner was denied effective assistance of counsel given that the trial court's selected counsel had minimal contact with Petitioner, did not discuss the sentencing guideline with petitioner whose guilty plea resulted in an upward departure from the sentencing guidelines, failed to investigate the mental illness defense and failed to discuss the facts of the case or defenses with Petitioner, inter alia.

4. Whether the state courts misapplied the law when evaluating Petitioner's ineffective assistance of counsel claims under Strickland v. Washington, 466 U.S. 668 (1984) instead of under United States v. Cronic, 466 U.S. 648 (1984).

FILED 3-28-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

Dated: March 26, 2003

James M. Rosenbaum
Chief Judge of District Court